1

2

3

4

5

6

7

8            **IN THE UNITED STATES DISTRICT COURT**

9            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    MARC SAPATIN,                              No.  2:21-CV-2370-DMC-P

12                    Petitioner,
                                                 <u>ORDER</u>
13            v.

14    PAUL THOMPSON, et al.,

15                    Respondents.

16

17            Petitioner, a federal prisoner proceeding pro se, brings this petition for a writ of

18    habeas corpus under 28 U.S.C. § 2241.  Pending before the Court is Petitioner's petition for a writ

19    of habeas corpus, ECF No. 1.

20            The Court has examined Petitioner's petition.  It does not plainly appear from the

21    petition and any attached exhibits that Petitioner is not entitled to relief.  Respondents, therefore,

22    will be directed to file a response to Petitioner's petition.

23            Accordingly, IT IS HEREBY ORDERED that:

24            1.      Respondents shall file a response to Petitioner's petition within 60 days

25    from the date of service of this order; and

26    / / /

27    / / /

28    / / /

1

1               2.       Petitioner's traverse or reply (if an answer to the petition is filed), if any, or

2 opposition or statement of non-opposition (if a motion in response to the petition is filed) shall be

3 filed and served within 30 days of service of Respondents' response.

4

5 Dated:  January 5, 2022

6                                           DENNIS M. COTA

7                                           UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28