**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARC SAPATIN,<br><br>   Petitioner,<br><br>   v.<br><br>PAUL THOMPSON, et al.,<br><br>   Respondents. | No.  2:21-CV-2370-TLN-DMC-P<br><br>FINDINGS AND RECOMMENDATIONS |

Petitioner, a federal prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241.  Pending before the Court is Respondents' unopposed motion, ECF No. 6, to dismiss the petition.

In their motion to dismiss, filed on March 4, 2022, Respondents contend this Court lacks jurisdiction to compel the Bureau of Prisons to take discretionary action under the First Step Act.  See ECF No. 6.  As of May 3, 2022, Petitioner had not filed an opposition and the Court issued a minute order advising Petitioner that the failure to oppose could be deemed consent by Petitioner to the relief requested in Respondents' motion.  See ECF No. 7; see also Local Rule 230(c), (l).  Petitioner was granted an additional 30 days to file an opposition.  To date, Petitioner has not filed any opposition to Respondents' motion, which the Court recommends be granted as unopposed.

/ / /

1

Based on the foregoing, the undersigned recommends that Respondents' unopposed motion to dismiss, ECF No. 6, be granted.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days after being served with these findings and recommendations, any party may file written objections with the Court.  Responses to objections shall be filed within 14 days after service of objections.  Failure to file objections within the specified time may waive the right to appeal.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  July 6, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE