UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC SAPATIN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>PAUL THOMPSON, et al.,<br><br>　　　　　Respondents. | No.  2:21-cv-02370-TLN-DMC<br><br>**ORDER** |

　　　　Petitioner, a federal prisoner proceeding *pro se*, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to the Local Rules.

　　　　On July 7, 2022, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein.  (ECF No. 8.)  No objections to the findings and recommendations have been filed.

　　　　Although it appears from the file that Petitioner's copy of the findings and recommendations was returned, Petitioner was properly served.  It is Petitioner's responsibility to keep the Court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

///

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed on July 7, 2022 (ECF No. 8) are ADOPTED in full;

2. Respondents' unopposed Motion to Dismiss (ECF No. 6) is GRANTED;

3. This action is DISMISSED for lack of jurisdiction; and

4. The Clerk of the Court is directed to enter judgment and close this file.

**DATED: October 14, 2022**

Troy L. Nunley
United States District Judge